# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50375 | **DATE** | 1/24/2006 |
| **CASE TITLE** | EEOC, et al vs. Bloomin' Apple Rockford I, LLC, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated in the attached Memorandum Opinion and Order, EEOC's November 17, 2005 Motion to Compel Production of Documents and Interrogatory Responses is continued until the court can hold a Discovery Hearing set for 2:30 p.m., February 8, 2006. Plaintiff is to file a copy of remaining unresolved Document Requests, Interrogatories, and Responses by February 7, 2006.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|